UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICK ANTHONY RIBBING and
ANTHONY LEE LINER,
    Plaintiffs,

vs.                                        Case No.: 3:21cv402/MCR/EMT

DEPARTMENT OF DEFENSE, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff Patrick Ribbing, proceeding pro se, filed a complaint listing himself and another individual, Anthony Lee Liner, as plaintiffs in an action under 42 U.S.C. § 1983 (ECF No. 1 at 1). Ribbing is the only plaintiff who signed the complaint and the only plaintiff for whom an address was provided (*id*. at 7).

On March 8, 2021, the day the complaint was filed, the clerk of court mailed Ribbing a Notice to Pro Se Litigant at the address indicated on the complaint (*see* ECF No. 3). The mail was returned as undeliverable, with a notation the property was vacant and the postal service was unable to forward the mail (*see* ECF No. 4). Ribbing has not contacted the court or provided a current mailing address. Based on the court's inability to contact Plaintiff(s), the issuance of any further order would be futile.

Accordingly, it is respectfully **RECOMMENDED**:

1. That this matter be **DISMISSED without prejudice** for Plaintiffs' failure to keep the court apprised of their current mailing addresses.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 26th day of March 2021.

/s/ Elizabeth M. Timothy
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.** *Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.* **An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.: 3:21cv402/MCR/EMT