# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PATRICK ANTHONY RIBBING and
ANTHONY LEE LINER,

    Plaintiffs,

v.                                        CASE NO. 3:21cv402-MCR-EMT

DEPARTMENT OF DEFENSE, et al.,

    Defendants.

_____/

# **O R D E R**

The chief magistrate judge issued a Report and Recommendation on March 26, 2021. ECF No. 5. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this Order.

2. This matter is **DISMISSED without prejudice** for Plaintiffs' failure to keep the court apprised of their current mailing addresses.

2. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 30th day of April 2021.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**